IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | § | |
| | § | No. 322, 2014 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| BRANDYWINE SCHOOL | § | in and for New Castle County |
| DISTRICT, | § | C.A. No. N10C-12-174 ALR |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 28, 2015
Decided: January 29, 2015

Before **HOLLAND**, **RIDGELY**, and **VALIHURA**, Justices.

## O R D E R

This 29th day of January, 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated April 16, 2014 and in its May 22, 2014 bench ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice